**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Plaza Mexico Residences II, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-3992435 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 6940 Beach Boulevard, D-501<br>Buena Park, CA 90621<br>*Number, Street, City, State & ZIP Code* | PO Box 489<br>Buena Park, CA 90621<br>*P.O. Box, Number, Street, City, State & ZIP Code* |
| | | Orange<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>*Number, Street, City, State & ZIP Code* |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Plaza Mexico Residences II, LLC _____  Case number (*if known*) _____
         Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __6116__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment _____  Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | Plaza Mexico Residences II, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |     What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |                            Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |             Contact name _____ |
| | |             Phone _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☒ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor __Plaza Mexico Residences II, LLC__ Case number (*if known*) _____
 Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 1, 2025__
 MM / DD / YYYY

X __[signature]__ __Alfred Masse__
 Signature of authorized representative of debtor Printed name

Title __Chief Restructuring Officer__

---

**18. Signature of attorney**

X __/s/ Jeffrey I. Golden__ Date __July 14, 2025__
 Signature of attorney for debtor MM / DD / YYYY

__Jeffrey I. Golden__
Printed name

__Golden Goodrich LLP__
Firm name

__3070 Bristol Street, Suite 640__
__Costa Mesa, CA 92626__
Number, Street, City, State & ZIP Code

Contact phone __(714) 966-1000__ Email address __jgolden@go2.law__

__CA__
Bar number and State

---

Debtor  Plaza Mexico Residences II, LLC _____    Case number (*if known*) _____
       Name

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | 3000 E. Imperial, LLC | | Relationship to you | Affiliate | |
| District | Central District | When | Case number, if known | | |
| Debtor | Donald Chae | | Relationship to you | Member | |
| District | Central District | When 10/3/21 | Case number, if known | 8:21-bk-12494-SC | |
| Debtor | Plaza Mexico Residences, LLC | | Relationship to you | Affiliate | |
| District | Central District | When | Case number, if known | | |

**Fill in this information to identify the case:**

Debtor name: Plaza Mexico Residences II, LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 1, 2025

X /s/ _____
Signature of individual signing on behalf of debtor

Alfred Masse
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Plaza Mexico Residences II, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Dept. of Tax and Fee Administration Account Information Group MIC: 29 Sacramento, CA 94278-0029 | | Notice Only | | | | $Unknown |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Notice Only | | | | $Unknown |

```
Cabrera, Maria Noel
3030 N. Ocean Blvd.
Unite S201
Fort Lauderdale, FL 33308


California Dept. of Tax and Fee
Administration
Account Information Group MIC: 29
Sacramento, CA 94278-0029


Cao, Xioaping
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Chen, Guoping
18605 Vantage Pointe Drive
Rowland Heights, CA 91748


Chen, Jianchi
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Gan, Yibing
Room 2510 Unit 3, Building 2, Phase 2 Xi
No. 2 Fengxiang Road, Nanning,  Guangxi,


Guo, Kun
706 No. 3002 Yitian Road, Futian Distric
Shenzhen City, Guangdong Province China
```

```
Hu, Chen
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jing, Peng
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Kim, Ji Han
82-10-8752 Apt. 32-201, Samseong-ro 140-
Gangnam-ju,  Seoul, South Korea 06073


Kun, Guo
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Lee, Dong Hun
3435 Wilshire Blvd., #2552
Los Angeles, CA 90010


Li, Yujuan
Room 801, Unite 3, Building 15
Wankeruyuan Community Yongfeng Road, Hai
PR Chinag


Ma, Kaixin
No. 66-68 Beibinghe Donglu
Chengguan District, Lanzhou Gansu, China
```

```
Pan, Yiyi
Meituan, Building FG, R&D Garden
No. 6 of Wangjin East Road Beijing, Chin


Shi, Guannan
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754


Tian, Siming
c/o Sevek Bagumyan
Law Offices of Sevak Bagumyn 117 S. Loui
Glendale, CA 91205


Tsai, Hunglin
461 Vista Del Norte
Walnut, CA 91789


Wang, Jing
No. 21 Garden Homes Court
Daging Road Taixing, Jiangsu, China


Wang, Yunfang
N. 91 Botelan Huayuan, Shunyi District
Beijing, China


Weng, Ya
Room 1101, No. 25, Lane 99
Dongxiu Road Shanghai, China


Wu, Yunjing
735 South Borough Drive
West Vancouver, V7A1N1
```

```
Zakeri, Mehrnaz
5744 Mott Street
San Diego, CA 92122


Zhu, Chunhui
Nantong Development Zone Jingrui 18th Ci
Building 20 # 102, Nantong Jiangsu, Chin


Zou, JIaqu
c/o Xioping Cao
HU LLP 322 N. Huntington Ave. C
Monterey Park, CA 91754
```